UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION (HATTIESBURG)

| | |
|---|---|
| **CURTIS HOWELL,**<br>    **Plaintiff** | Civil Action No. 2:24-cv-00106-KS-MTP |
| Versus | District Judge Keith Starrett |
| **LEAF RIVER CELLULOSE, LLC**<br>    **Defendant.** | Magistrate Judge Michael T. Parker |

## JOINT MOTION TO DISMISS WITH PREJUDICE

NOW INTO COURT, through undersigned counsel, come Plaintiff Curtis Howell ("Plaintiff") and Defendant Leaf River Cellulose LLC ("Defendant") who jointly move this Court to dismiss this case with prejudice, with each party to bear their own costs.

| | |
|---|---|
| */s/ Nick Norris* | */s/ Hal D. Ungar* |
| Louis H. Watson, Jr., MS Bar No. 9053 | Hal D. Ungar, MS Bar No. 102743 |
| Nick Norris, MS Bar No. 101574 | Ogletree, Deakins, Nash, Smoak & Stewart, P.C. |
| Jane Ashley Watson, MS Bar No. 106877 | 701 Poydras Street, Suite 3500 |
| Watson & Norris, PLLC | New Orleans, LA 70139 |
| 4209 Lakeland Dr., Suite 365 | Telephone: (504) 648-3840 |
| Flowood, MS 39232-9212 | Facsimile: (504) 648-3859 |
| Telephone: (601) 968-0000 | Email:  hal.ungar@ogletreedeakins.com |
| Facsimile: (601) 968-0010 | |
| Email: louis@watsonnorris.com | *Attorneys for Defendant Leaf River Cellulose LLC* |
| nick@watsonnorris.com | |
| jane@watsonnorris.com | |

*Attorneys for Plaintiff Curtis Howell*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been filed via the Court's CM/ECF system, which provides service on all counsel of record, this 10th day of September, 2025.

/s/ Hal D. Ungar
Hal D. Ungar