# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# EASTERN DIVISION

**CURTIS HOWELL**                                                                            **PLAINTIFF**

**vs.**                                             **CIVIL ACTION NO. 2:24-cv-106-KS-MTP**

**LEAF RIVER CELLULOSE, LLC**                                         **DEFENDANT**

## JUDGMENT OF DISMISSAL

This cause comes before the Court on the parties' Joint Motion to Dismiss with Prejudice [26], which shall be granted.

IT IS HEREBY ORDERED that all claims by and between the parties are dismissed with prejudice. Each party shall bear its own costs and attorneys' fees.

IT IS FURTHER ORDERED, being that this action has been fully concluded, any pending motions are hereby denied as moot.

SO ORDERED AND ADJUDGED this 11th day of September 2025.

                                                    /s/ Keith Starrett_____
                                                    KEITH STARRETT
                                                    SENIOR UNITED STATES DISTRICT JUDGE